IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Chandler, <br><br> Plaintiff(s), <br><br> v. <br><br> Ulta Beauty, Inc., et al., <br><br> Defendant(s). | Case No. 18-cv-1577 <br> Judge Robert M. Dow |

### ORDER

For the reasons stated in the Memorandum Opinion and Order, Lehigh County Employees Retirement Fund's motion to withdraw [40] is granted and its motion for appointment as lead plaintiff and approval of selection of lead counsel [19] is stricken. For the reasons set forth below, the Hurlbut Group's motion to for leave to file a sur-reply [53] is granted. The Court grants the motion [14; 32] of Lawrence Banker, Cynthia Busse, Danny Hurlbut, Marlene Hurlbut for appointment as lead plaintiffs and approves their selection of Levi & Korsinsky, LLP as lead counsel and Salas Wang LLC as liaison counsel. The Court denies the remaining motions [22; 23] for appointment as lead plaintiff. The case is set for further status on July 17, 2018 at 10:00 a.m.

Date: 6/26/2018 /s/ Judge Dow