# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Barbara Chandler

                        Plaintiff,

v.                                                      Case No.: 1:18−cv−01577
                                                        Honorable Martha M. Pacold

Ulta Beauty, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 23, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiffs and Defendants each filed a motion for leave to file instanter supplemental authority. See [95], [100]. The motions for leave to file supplemental authority [95], [100] are granted. The court will rule on the motion to dismiss [70] by mail.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.