ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Barbara Chandler, et al.,

Plaintiff(s),

v.

Ulta Beauty, Inc., et al.,

Defendant(s).

Case No. 18-cv-1577
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

       which ☐ includes       pre–judgment interest.
                ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Judgment is entered in favor of defendants Ulta Beauty, Inc., Ulta Salon, Cosmetics & Fragrance, Inc., Mary N. Dillon, and Scott M. Settersten and against plaintiffs Barbara Chandler, Lawrence Banker, Danny Hurlbut, Marlene Hurlbut, and Cynthia Busse.

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold on a motion

Date:   5/12/2022

Thomas G. Bruton, Clerk of Court

/s/ Ruth O'Shea, Deputy Clerk